Toledo, Peoria & Warsaw Railway Company

*v.*

Hermann Kickler *et al.*

Evidence—*of sufficiency of evidence.*  In an action on the case to recover the value of thirty barrels of whiskey—1,264 gallons—one of the plaintiffs testified, " that they shipped, on the 28th of December, 1866, over the Peoria, Pekin & Jacksonville Railroad, to St. Louis, by way of Peoria, and consigned to H. D. Meyer & Co., St. Louis, thirty barrels—1,264 gallons— whiskey, then worth $2.25, and twenty barrels pork, worth $20 per barrel:" *Held,* that a fair construction of the evidence would apply this value to the market value per gallon at St. Louis, the place of its destination.

Appeal from the Circuit Court of Tazewell county; the Hon. Charles Turner, Judge, presiding.

This was an action of trespass on the case, brought by Kickler and Behrens against the Toledo, Peoria & Warsaw Railway Company, to recover the value of thirty barrels— 1,264 gallons—of whiskey, and twenty barrels of pork, alleged to have been shipped from Pekin and consigned to St. Louis, the property having been destroyed while *in transitu*, by fire, from the negligence, as is alleged, of the defendants. The only proof in regard to the value of the property, is the testimony of one of the plaintiffs, Hermann Kickler, which was as follows :

"I am one of the plaintiffs in this case.  We shipped, on the 28th day of December, 1866, over the Peoria, Pekin & Jacksonville Railroad, to St. Louis, by way of Peoria, and consigned to H. D. Meyer & Co., St. Louis, thirty barrels— 1,264 gallons—whiskey, then worth $2.25, and twenty barrels pork worth $20 per barrel."

The trial in the court below resulted in a verdict and judgment for the plaintiffs for $3,244.   The defendants thereupon took this appeal, and insist that from the evidence it is impossible to tell whether the whiskey was worth $2.25 a barrel or a gallon, or whether the whole amount was worth $2.25 ; and further, that there was no evidence to show the value of the goods, at the place of destination.

Messrs. Ingersoll & McCune, for the appellants.

Messrs. Prettyman & Ware, for the appellees.

Mr. Chief Justice Breese delivered the opinion of the Court:

We can hardly appreciate the objection taken to the verdict and judgment in this case.   Manufacturers and dealers in whiskey, as the plaintiffs were, are presumed to know, and do know, the value of the article in which they deal, in every market to which they send it.   This whiskey was shipped to St. Louis; there were 1,264 gallons, confined in thirty barrels, and the witness stated it was then worth $2.25.   The jury had a right to understand that this value applied to the gallon and not to the barrel, and so would any person understand it when talking of its market value.   A fair construction of the evidence would apply this value to the market at St. Louis, to which place it was destined.

The evidence sustains the verdict, and the judgment must be affirmed.

*Judgment affirmed.*